

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2018

No. 04-18-00574-CV

**IN THE INTEREST OF H.N.H. AND H.J.H., CHILDREN,**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 15-179CCL
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

The reporter's record was due October 25, 2018. Prior to the due date, Tami Wolff, one of the court reporters responsible for the reporter's record in this appeal, filed a notification of late record, stating the record would not be filed because appellant had not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b). In response to the reporter's notification, we ordered appellant to provide written proof to this court that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). On October 9, 2018, appellant filed a response, verifying he had paid both Tami Wolff as well as Kelly Grossman for the record. Attached to his response were copies of checks made out to each court reporter. Thereafter, on October 11, 2018, Ms. Wolff filed her portion of the record.

However, on October 18, 2018, Ms. Grossman filed a notification of late record, stating she would need additional time to complete the record because there was an "error made on a number of trial dates" and she had not been fully paid for the record. In response to Ms. Grossman's notification, appellant filed a letter, verifying he paid an additional amount requested by Ms. Grossman. Attached to his letter were copies of email correspondence between appellant and Ms. Grossman as well as a copy of the additional payment to Ms. Grossman. It appears from the email correspondence that the error made concerning the trial dates may affect Ms. Wolff's portion of the record, requiring Ms. Wolff to file an amended record.

Based on the foregoing, we **ORDER** court reporter Kelly Grossman to file her portion of the reporter's record in this court **on or before November 30, 2018.** We further **ORDER** court reporter Tami Wolff to file an amended record, if necessary, in this court **on or before November 30, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel and court reporters Kelly Grossman and Tami Wolff.

_Marialyn Barnard_

Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2018.



_Keith E. Hottle_

KEITH E. HOTTLE,
Clerk of Court